**Kenny HALFACRE, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction; Larry May, Assistant Director, Arkansas Department of Correction; Ronald Dobbs,**

Assistant Director, Arkansas Department of Correction; Mark Cashion, Warden, Delta Regional Unit, ADC; Grant Harris, Warden, Varner Unit, ADC; Michael E. Burns, Sgt., Delta Regional Unit, ADC, Appellees.

No. 10–2564.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 12, 2010.

Filed: Nov. 17, 2010.

Kenny Halfacre, Grady, AR, pro se.

Christine Ann Cryer, Acting Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Appellees.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Kenny Halfacre appeals the district court's[1] adverse grant of summary judgment in his civil rights action. After carefully reviewing the record de novo, *see Johnson v. Hamilton*, 452 F.3d 967, 971 (8th Cir.2006) (standard of review), we agree with the district court that summary judgment was appropriate because there was no evidence that defendants violated Halfacre's due process or equal protection rights, or retaliated against him. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.